# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY CLAYBORNE, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LITHIA MOTORS, INC., an Oregon corporation; LITHIA MOTORS SUPPORTS SERVICES, INC., an Oregon corporation,<br><br>Defendants. | CASE NO. 1:17-cv-00588-AWI-BAM<br><br>**STIPULATION AND ORDER STAYING PLAINTIFF'S PAGA CLAIM PENDING ARBITRATION** |

The parties have stipulated (*see* Doc. No. 17) and IT IS HEREBY ORDERED that:

1. Plaintiff Tony Clayborne's fifth claim for relief — violation of California Labor Code sections 2698 *et seq.*, also known as the California Labor Code Private Attorneys General Act of 2004 ("PAGA") — is not subject to the arbitration provided for in Clayborne's and Defendant Lithia Motors, Inc.'s January 21, 2016, arbitration agreement.

2. Clayborne's PAGA claim is stayed until after Clayborne's other claims for relief — *i.e.*, the first, second, third, fourth, and sixth claims for relief — have been arbitrated.

3. The parties shall submit joint status updates every thirty days concerning the status of the arbitration until the arbitration is completed.

IT IS SO ORDERED.

Dated:  September 12, 2018                                        _____
                                                                                        SENIOR DISTRICT JUDGE