Larry W. Lee (State Bar No. 228175)
Kristen M. Agnew (State Bar No. 247656)
Nick Rosenthal (State Bar No. 268297)
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

WILLIAM L. MARDER, ESQ. (State Bar No. 170131)
**Polaris Law Group LLP**
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333

Attorneys for Plaintiff and the Aggrieved Employees

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONY CLAYBORNE, as an individual and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>LITHIA MOTORS, INC., an Oregon corporation; LITHIA MOTORS SUPPORT SERVICES, INC., an Oregon corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: 1:17-cv-00588-AWI-BAM<br><br>**JOINT STIPULATION TO CONTINUE PLAINTIFF'S DEADLINE TO FILE MOTION FOR APPROVAL OF PAGA SETTLEMENT; AND ORDER** |

1

Plaintiff Tony Clayborne ("Plaintiff") and Defendants Lithia Motors, Inc. and Lithia Motors Support Services, Inc. ("Defendants") (collectively, the "Parties") by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff's deadline to file his Motion for Approval of PAGA Settlement is on April 1, 2022;

WHEREAS, the Parties are still finalizing the settlement stipulation. Plaintiff has prepared a draft and Defendant is in the process of reviewing it.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. Plaintiff's deadline to file his Motion for Approval of PAGA Settlement is continued to May 16, 2022.

IT IS SO STIPULATED.

DATED: March 28, 2022    DIVERSITY LAW GROUP, P.C.

By: /s/ Nick Rosenthal
    Larry W. Lee
    Kristen M. Agnew
    Nick Rosenthal
Attorneys for Plaintiffs and the Class

DATED: March 28, 2022    SABER LAW GROUP

By: /s/ Shirley C. Wang
    Shirley C. Wang
Attorneys for Defendants

**JOINT STIPULATION TO CONTINUE PLAINTIFF'S DEADLINE TO FILE MOTION FOR APPROVAL OF PAGA SETTLEMENT; AND ORDER**

## ORDER

Pursuant to the Joint Stipulation to Continue Plaintiff's Deadline to File His Motion for Approval of the PAGA Settlement, **IT IS HEREBY ORDERED** Plaintiff's deadline to file his Motion for Approval of PAGA Settlement is continued to May 16, 2022.

IT IS SO ORDERED.

Dated:   **March 28, 2022**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE