UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY CLAYBORNE, as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LITHIA MOTORS, INC., an Oregon corporation; LITHIA MOTORS SUPPORT SERVICES, INC., an Oregon corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.  1:17-cv-00588-AWI-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE PLAINTIFF'S DEADLINE TO FILE MOTION FOR APPROVAL OF PAGA SETTLEMENT**<br><br>(Doc. 79) |

　　　Currently before the Court is the parties' joint stipulation to continue the deadline for Plaintiff to file a Motion for Approval of PAGA Settlement from May 16, 2022, to June 16, 2022. The parties explain that they are still finalizing the settlement stipulation. (Doc. 79.)

　　　Having considered the parties' stipulation, and good cause appearing, the deadline for Plaintiff to file a Motion for Approval of PAGA Settlement is HEREBY CONTINUED to June 16, 2022.

IT IS SO ORDERED.

　　Dated:　**May 13, 2022**　　　　　　　　/s/ Barbara A. McAuliffe　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1