UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY CLAYBORNE, as an individual and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>       v.<br><br>LITHIA MOTORS, INC., an Oregon corporation; LITHIA MOTORS SUPPORT SERVICES, INC., an Oregon corporation; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. 1:17-cv-00588-AWI-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE PLAINTIFF'S DEADLINE TO FILE MOTION FOR APPROVAL OF PAGA SETTLEMENT**<br><br>(Doc. 81) |

Currently before the Court is the parties' joint stipulation to continue the deadline for Plaintiff to file a Motion for Approval of PAGA Settlement from June 16, 2022, to July 22, 2022. The parties explain that they are still finalizing the settlement stipulation. The parties also report that finalizing the settlement agreement has proven to be much more difficult than anticipated. (Doc. 81.)  Having considered the parties' stipulation, and good cause appearing, the deadline for Plaintiff to file a Motion for Approval of PAGA Settlement is HEREBY CONTINUED to July 22, 2022. The parties are advised that further requests for modification of the filing deadline must be supported by a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:   **June 15, 2022**                             /s/ Barbara A. McAuliffe             _
                                                                            UNITED STATES MAGISTRATE JUDGE

1